

Search for Cases by: [Select Search Method...]

Judicial Links | eFiling | Help | Contact Us | Print

GrantedPublicAccess Logoff KZICKRICK78

**2016-CV17816 - ELIZABETH GREINER V ROGER NEAL ET AL (E-CASE)**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

Click here to eFile on Case
Click here to Respond to Selected Documents

Sort Date Entries: ● Descending ○ Ascending

Display Options: [All Entries]

| | |
|---|---|
| **12/21/2020** | ☐ **Summons Issued-Circuit** |
| | Document ID: 20-SMCC-11588, for RN TRUCKING LLC. |
| | ☐ **Summons Issued-Circuit** |
| | Document ID: 20-SMCC-11586, for NEAL, ROGER. |
| **12/16/2020** | ☐ **Correspondence Filed** |
| | Civil Filing Information Sheet. |
| | **Filed By:** NATHAN ANDREW STEIMEL |
| | **On Behalf Of:** ELIZABETH GREINER |
| | ☐ **Correspondence Sent** |
| | Letter to attorney how is service to be done |
| **12/11/2020** | ☐ **Request Filed** |
| | Request for Summons. |
| | **Filed By:** NATHAN ANDREW STEIMEL |
| | **On Behalf Of:** ELIZABETH GREINER |
| | ☐ **Case Mgmt Conf Scheduled** |
| | Defendants have not been served, therefore the case management conference is continued. If service is not made prior to the next setting, the Court may dismiss this matter for want of prosecution. |
| | **Scheduled For:** 02/22/2021; 9:00 AM ; JOEL P FAHNESTOCK; Jackson - Kansas City |
| | ☐ **Hearing Continued/Rescheduled** |
| | **Hearing Continued From:** 12/14/2020; 9:00 AM Case Management Conference |
| **08/31/2020** | ☐ **Case Mgmt Conf Scheduled** |
| | **Associated Entries:** 12/11/2020 - Hearing Continued/Rescheduled |
| | **Scheduled For:** 12/14/2020; 9:00 AM ; JOEL P FAHNESTOCK; Jackson - Kansas City |
| **08/27/2020** | ☐ **Judge Assigned** |
| | ☐ **Filing Info Sheet eFiling** |
| | **Filed By:** NATHAN ANDREW STEIMEL |
| | ☐ **Pet Filed in Circuit Ct** |
| | Petition for Damages. |
| | **On Behalf Of:** ELIZABETH GREINER |

Case.net Version 5.14.12

Return to Top of Page

Released 11/10/2020



EXHIBIT

_A_



# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| Judge or Division:<br>JOEL P FAHNESTOCK | Case Number: 2016-CV17816 |
|---|---|
| Plaintiff/Petitioner:<br>ELIZABETH GREINER | Plaintiff's/Petitioner's Attorney/Address<br>NATHAN ANDREW STEIMEL<br>400 NORTH FIFTH STREET<br>SUITE 200 |
| **vs.** | ST CHARLES, MO 63301 |
| Defendant/Respondent:<br>ROGER NEAL | Court Address:<br>415 E 12th |
| Nature of Suit:<br>CC Pers Injury-Vehicular | KANSAS CITY, MO 64106 |
| | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: ROGER NEAL
Alias:

421 HUNT ST
BROOKFIELD, MO 64628

**COURT SEAL OF**

*CIRCUIT COURT OF MISSOURI*

**JACKSON COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

21-DEC-2020
_____
Date

_____
Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on _____ (date).

My commission expires: _____      _____
                              Date                    Notary Public

| Sheriff's Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7/2018) SM30 (JAKSMCC) *For Court Use Only:* **Document Id # 20-SMCC-11586** 1 of 1 Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 4:21-cv-00010-FJG   Document 1-2   Filed 01/06/21   Page 2 of 21

## SUMMONS/GARNISHMENT SERVICE PACKETS
## ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org  →  Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made.   Thank you.

Circuit Court of Jackson County

6/2020



# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| Judge or Division:<br>JOEL P FAHNESTOCK | Case Number: 2016-CV17816 |
|---|---|
| Plaintiff's/Petitioner:<br>ELIZABETH GREINER<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>NATHAN ANDREW STEIMEL<br>400 NORTH FIFTH STREET<br>SUITE 200<br>ST CHARLES, MO 63301 |
| Defendant/Respondent:<br>ROGER NEAL | Court Address:<br>415 E 12th<br>KANSAS CITY, MO 64106 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** RN TRUCKING LLC
**Alias:**

REG AGENT CYNTHIA NEAL
421 HUNT ST, STE. 102
BROOKFIELD, MO 64628

*COURT SEAL OF*

*JACKSON COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

<u>21-DEC-2020</u>
Date

_____
Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on _____ (date).

My commission expires: _____
Date

_____
Notary Public

| **Sheriff's Fees** | | |
|---|---|---|
| Summons | $ _____ | |
| Non Est | $ _____ | |
| Sheriff's Deputy Salary Supplemental Surcharge | $ 10.00 | |
| Mileage | $ _____ | ( _____ miles @ $. _____ per mile) |
| **Total** | $ _____ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7/2018) SM30 (JAKSMCC) *For Court Use Only:* **Document Id # 20-SMCC-11588** 1 of 1 Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 4:21-cv-00010-FJG   Document 1-2   Filed 01/06/21   Page 4 of 21

# SUMMONS/GARNISHMENT SERVICE PACKETS
## ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org → Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made.   Thank you.

Circuit Court of Jackson County

6/2020

Electronically Filed - Jackson - Kansas City - December 11, 2020 - 11:39 AM

IN THE CIRCUIT COURT OF JACKSON COUNTY
STATE OF MISSOURI

| | |
|---|---|
| ELIZABETH GREINER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ROGER LYNN NEAL, | ) |
| | ) Cause No.: 2016-CV17816 |
| Defendant; | ) |
| | ) Division: 9 |
| Serve: | ) |
| 421 Hunt St. | ) |
| Brookfield, MO 64628 | ) |
| | ) |
| and | ) |
| | ) |
| RN TRUCKING LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| Serve: | ) |
| Registered Agent: Cynthia Neal | ) |
| 421 Hunt St., Ste. 102 | ) |
| Brookfield, MO 64628 | ) |

## **REQUEST FOR SUMMONS**

COMES NOW Plaintiff Elizabeth Greiner, by and through counsel, and hereby requests a

summons be issued to the Defendants:

**ROGER LYNN NEAL**
421 Hunt St.
Brookfield, MO 64628

And

**RN TRUCKING, LLC**
Registered Agent: Cynthia Neal
421 Hunt St., Ste. 102
Brookfield, MO 64628

Case 4:21-cv-00010-FJG   Document 1-2   Filed 01/06/21   Page 6 of 21

Electronically Filed - Jackson - Kansas City - December 11, 2020 - 11:39 AM

Respectfully Submitted,

**SHEA KOHL LAW, LC**

*/s/ Nathan A. Steimel*
Nathan A. Steimel #57675
400 N. Fifth St., Ste. 200
St. Charles, MO 63301
Phone: 636-946-9999
Fax: 636-946-8623
nsteimel@sheakohllaw.com
*Attorney for Plaintiff*

# IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
## AT KANSAS CITY

ELIZABETH GREINER,

**PLAINTIFF(S),**

VS.

**CASE NO. 2016-CV17816**
**DIVISION 9**

ROGER NEAL, et al

**DEFENDANT(S).**

## NOTICE OF CASE MANAGEMENT CONFERENCE FOR CIVIL CASE
## AND ORDER FOR MEDIATION

NOTICE IS HEREBY GIVEN that a Case Management Conference will be held with the Honorable **JOEL P FAHNESTOCK** on **22-FEB-2021** in **DIVISION 9** at **09:00 AM**. All Applications for Continuance of a Case Management Conference should be filed on or before Wednesday of the week prior to the case management setting. Applications for Continuance of a Case Management Conference shall comply with Supreme Court Rule and 16th Cir. R. 34.1. Continuance of a Case Management Conference will only be granted for good cause shown because it is the desire of the Court to meet with counsel and parties in all cases within the first 4 months that a case has been on file. All counsel and parties are directed to check Case.NET on the 16th Judicial Circuit web site at www.16thcircuit.org after filing an application for continuance to determine whether or not it has been granted.

A lead attorney of record must be designated for each party as required by Local Rule 3.5.1. A separate pleading designating the lead attorney of record shall be filed by each party as described in Local Rule 3.5.2. The parties are advised that if they do not file a separate pleading designating lead counsel, even in situations where there is only one attorney representing the party, JIS will not be updated by civil records department, and copies of orders will be sent to the address currently shown in JIS. Civil Records does not update attorney information from answers or other pleadings. The Designation of Lead Attorney pleading shall contain the name of lead counsel, firm name, mailing address, phone number, FAX number and E-mail address of the attorney who is lead counsel.

At the Case Management Conference, counsel should be prepared to address at least the following:

    a.    A trial setting;

    b.    Expert Witness Disclosure Cutoff Date;

    c.    A schedule for the orderly preparation of the case for trial;

    d.    Any issues which require input or action by the Court;

    e.    The status of settlement negotiations.

## MEDIATION

The parties are ordered to participate in mediation pursuant to Supreme Court Rule 17. Mediation shall be completed within 10 months after the date the case if filed for complex cases, and 6 months after the date the case is filed for other circuit cases, unless otherwise ordered by the Court. Each party shall personally appear at the mediation and participate in the process. In the event a party does not have the authority to enter into a settlement, then a representative of the entity that does have actual authority to enter into a settlement on behalf of the party shall also personally attend the mediations with the party.

The parties shall confer and select a mutually agreeable person to act as mediator in this case. If the parties are unable to agree on a mediator the court will appoint a mediator at the Case Management Conference.

Each party shall pay their respective pro-rata cost of the mediation directly to the mediator.

## POLICIES/PROCEDURES

Please refer to the Court's web page www.16thcircuit.org for division policies and procedural information listed by each judge.

/S/ **JOEL P FAHNESTOCK**
JOEL P FAHNESTOCK, **Circuit Judge**

### Certificate of Service

This is to certify that a copy of the foregoing was mailed postage pre-paid or hand delivered to the plaintiff with the delivery of the file-stamped copy of the petition. It is further certified that a copy of the foregoing will be served with the summons on each defendant named in this action.

Attorney for Plaintiff(s):
NATHAN ANDREW STEIMEL, 400 NORTH FIFTH STREET, SUITE 200, ST CHARLES, MO 63301

Defendant(s):
ROGER NEAL
RN TRUCKING LLC

Dated: 21-DEC-2020                    MARY A. MARQUEZ
                                      Court Administrator

## IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
☒ AT KANSAS CITY  ☐ AT INDEPENDENCE

RE:    ELIZABETH GREINER V ROGER NEAL ET AL
CASE NO:    2016-CV17816

TO:    NATHAN ANDREW STEIMEL
       400 NORTH FIFTH STREET
       SUITE 200
       ST CHARLES, MO  63301

We have received pleadings, which you submitted for filing in the case and they have been file-stamped on <u>12-11-20</u>. However, your pleading cannot be processed further until the following action is taken:

**RULE 3.2 - STYLE**
☐ Additional service instructions are needed.
☐ Incorrect case number/filed in wrong county.
☐ Document is unreadable.

**RULE 4.2 (2)**
☐ Need Circuit Court Form 4

**RULE 5.6 – COLLECTIONS OF DEPOSIT**
☐ No fee, or incorrect fee, received; fee required is $_____.
☐ Insufficient Filing Fee; Please Remit $_____
☐ No signature on check/form 1695.
☐ No request to proceed in forma pauperis.
☐ No personal checks accepted.

**RULE 68.1**
☐ Need Circuit Court Form 17

**RULE 68.7 – VITAL STATISTICS REPORT**
☐ Need Certificate of dissolution of marriage form.

**RULE 74.14 SUPREME CT – FOREIGN JUDGMENT**
☐ Authentication of foreign judgment required.
☐ Affidavit pursuant to Supreme Court Rule 74.14

**RULE 54.12  SERVICE IN REM OR QUASI IN REM ACTIONS**
☐ Affidavit for Service by Publication required pursuant to Supreme Court Rule 54.12c.
☐ Order for Service by Publication required pursuant to Supreme Court Rule 54.12c.
☐ Notice for Service by Publication required pursuant to Supreme Court Rule 54.12c.
☐ Affidavit for Service by Certified/Registered Mail pursuant to Supreme Court Rule 54.12b.

☒ **OTHER:    How is service to be done?  Any questions, please call 881-1370.**
☐ Please take the actions necessary to comply with the Circuit Court Rules and your request will be processed.
☐ The private process server listed is not on our approved list.
☐ Execution in effect. Return date _____. Request may be resubmitted within one week prior to return date.
☐ Supreme Court Rule 90.13 requires interrogatories be served with summons of garnishment.

<u>**If the filing was a new case, please be advised that unless the additional information marked is received within 30 days of the date of this notice this case will be dismissed pursuant to Rule 37.4 for failure to prosecute without prejudice, at the Plaintiff's cost.  Collection efforts will be pursued for these costs.**</u>

**Please refer to the Court's website at <u>www.16thcircuit.org</u> for Court Rules or Forms.**
Copies electronic noticed, faxed, emailed and/or mailed DECEMBER 16, 2020 to:

COURT ADMINISTRATOR'S OFFICE
**DEPARTMENT OF CIVIL RECORDS**
CIRCUIT COURT OF JACKSON COUNTY, MISSOURI

_____DECEMBER 16, 2020_____          By _____
Date

☒ 415 East 12th St., Kansas City, Missouri 64106
☐ 308 W. Kansas, Independence, Missouri 64050

# IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
## AT KANSAS CITY

ELIZABETH GREINER

**PLAINTIFF(S),**

VS.

CASE NO. 2016-CV17816
DIVISION 9

ROGER NEAL ET AL

**DEFENDANT(S),**

## NOTICE OF CASE MANAGEMENT CONFERENCE FOR CIVIL CASE
## AND ORDER FOR MEDIATION

---

      NOTICE IS HEREBY GIVEN that a Case Management Conference will be held with the Honorable **JOEL P FAHNESTOCK** on **14-DEC-2020** in **DIVISION 9** at 09:00 AM. All Applications for Continuance of a Case Management Conference should be filed on or before Wednesday of the week prior to the case management setting. Applications for Continuance of a Case Management Conference shall comply with Supreme Court Rule and 16th Cir. R. 34.1. Continuance of a Case Management Conference will only be granted for good cause shown because it is the desire of the Court to meet with counsel and parties in all cases within the first 4 months that a case has been on file. All counsel and parties are directed to check Case.NET on the 16th Judicial Circuit web site at www.16thcircuit.org after filing an application for continuance to determine whether or not it has been granted.

      A lead attorney of record must be designated for each party as required by Local Rule 3.5.1. A separate pleading designating the lead attorney of record shall be filed by each party as described in Local Rule 3.5.2. The parties are advised that if they do not file a separate pleading designating lead counsel, even in situations where there is only one attorney representing the party, JIS will not be updated by civil records department, and copies of orders will be sent to the address currently shown in JIS. Civil Records does not update attorney information from answers or other pleadings. The Designation of Lead Attorney pleading shall contain the name of lead counsel, firm name, mailing address, phone number, FAX number and E-mail address of the attorney who is lead counsel.

      At the Case Management Conference, counsel should be prepared to address at least the following:

    a.     A trial setting;

    b.     Expert Witness Disclosure Cutoff Date;

    c.     A schedule for the orderly preparation of the case for trial;

    d.     Any issues which require input or action by the Court;

    e.     The status of settlement negotiations.

## MEDIATION

The parties are ordered to participate in mediation pursuant to Supreme Court Rule 17. Mediation shall be completed within 10 months after the date the case if filed for complex cases, and 6 months after the date the case is filed for other circuit cases, unless otherwise ordered by the Court. Each party shall personally appear at the mediation and participate in the process. In the event a party does not have the authority to enter into a settlement, then a representative of the entity that does have actual authority to enter into a settlement on behalf of the party shall also personally attend the mediations with the party.

The parties shall confer and select a mutually agreeable person to act as mediator in this case. If the parties are unable to agree on a mediator the court will appoint a mediator at the Case Management Conference.

Each party shall pay their respective pro-rata cost of the mediation directly to the mediator.

## POLICIES/PROCEDURES

Please refer to the Court's web page www.16thcircuit.org for division policies and procedural information listed by each judge.

/S/ **JOEL P FAHNESTOCK**
JOEL P FAHNESTOCK, **Circuit Judge**

## Certificate of Service

This is to certify that a copy of the foregoing was mailed postage pre-paid or hand delivered to the plaintiff with the delivery of the file-stamped copy of the petition. It is further certified that a copy of the foregoing will be served with the summons on each defendant named in this action.

Attorney for Plaintiff(s):
NATHAN ANDREW STEIMEL, 400 NORTH FIFTH STREET, SUITE 200, ST CHARLES, MO 63301

Defendant(s):
ROGER NEAL
RN TRUCKING LLC

Dated: 31-AUG-2020

MARY A. MARQUEZ
Court Administrator

Electronically Filed - Jackson - Kansas City - December 16, 2020 - 04:21 PM

SIXTEENTH JUDICIAL CIRCUIT COURT OF JACKSON COUNTY

## CIVIL FILING INFORMATION SHEET

☐ at Kansas City ☐ at Independence

file stamp here

**CASE #:** 2016-CV17816 - ELIZABETH GREINER V. ROGER NEAL ET AL

### PARTY PLAINTIFF/PETITIONER

Last Name: GREINER

First Name: ELIZABETH    Middle Initial:

Social Security Number:

Address: 7 SHINNECOCK HILLS CT

City: O'FALLON    State: MO    Zip: 63366

Email Address:

### LEAD ATTORNEY OF RECORD-PLAINTIFF/PRO SE

Last Name: STEIMEL

First Name: NATHAN    Middle Initial: A

Address: 400 N. FIFTH ST., SUITE 200

City: ST. CHARLES    State: MO    Zip: 63301

Phone #: 636-946-9999    Fax #: 636-946-8623

MO Bar Number: 57675    E-Mail: nsteimel@sheakohllaw.com

### PARTY DEFENDANT/RESPONDENT

Last Name: RN TRUCKING, LLC

First Name: REG. AGENT: CYNTHIA NEAL Middle Initial:

Social Security Number:

Address: 421 HUNT ST., STE. 102

City: BROOKFIELD    State: MO    Zip: 64628

Email Address:

**Service Instruction for each defendant listed:**

☐ Jackson County:

☒ Out of County--Provide info below ☐ Private Process

Sheriff Name/Address: LINN COUNTY SHERIFF

### LEAD ATTORNEY OF RECORD-DEFENDANT (if known)

Last Name:

First Name:    Middle Initial:

Address:

City:    State:    Zip:

MO Bar Number:    E-Mail:

### CIRCUIT CIVIL CASE INFORMATION

Case Type Description: CC PERSONAL INJURY-VEHICULAR

Case Type Code: TE

*Court Rule 3.1.4-Case Type Code–See Civil Case Codes on Reverse and under the forms section of the Court's website at www.16thcircuit.org*

**Case Track:**

☐ Expedited: (Out of state witness, injunction, TRO, extraordinary remedy, replevins, etc.)

☒ Standard

☐ Complex: (Asbestos, tobacco, or other cases that will likely take more than 2 weeks to try)

### OTHER IMPORTANT INFORMATION

- Review Division-Specific Information on the Court's website to understand the requirements in processing your case--**www.16thcircuit.org**

- **Court Rule 4.2** requires that this form must be **complete** and include a **filing deposit** or your petition will not be accepted for filing

- **Court Rule 3.5 Designated Lead Attorney** requires that each party is responsible for keeping the designated lead attorney information current

- **Court Rule 21.9 Attorney Change of Address/Facsimile** requires each attorney to keep their address, etc. up dated with the Court Administrator's office.

Date: DECEMBER 16, 2020    Attorney/Pro Se Signature: *[signature]*

Form 4

CIRCT A1253    8/18/09

**CONFIDENTIAL DOCUMENT**

**DO NOT KEEP IN COURT FILE**

Electronically Filed - Jackson - Kansas City - August 27, 2020 - 05:08 PM

IN THE CIRCUIT COURT OF JACKSON COUNTY
STATE OF MISSOURI

| | | |
|---|---|---|
| ELIZABETH GREINER, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No.: |
| | ) | |
| vs. | ) | Division: |
| | ) | |
| ROGER LYNN NEAL, | ) | |
| | ) | HOLD SERVICE |
| Defendant; | ) | |
| | ) | |
| Serve: | ) | |
| 421 Hunt St. | ) | |
| Brookfield, MO 64628 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| RN TRUCKING LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| Serve: | ) | |
| Registered Agent: Cynthia Neal | ) | |
| 421 Hunt St., Ste. 102 | ) | |
| Brookfield, MO 64628 | ) | |

## PETITION FOR DAMAGES

### Negligence-Personal Injury of Elizabeth Greiner

COMES NOW Plaintiff Elizabeth Greiner and for his cause of action against Defendants states

and alleges as follows:

      1.     Plaintiff, Elizabeth Greiner, is an individual and a resident of O'Fallon, St. Charles

County, Missouri.

      2.     Upon information and belief, Defendant Roger Neal is an individual and a resident

of Brookfield, Linn County, Missouri who at all times material hereto was the agent, servant

Electronically Filed - Jackson - Kansas City - August 27, 2020 - 05:08 PM

and/or employee of RN Trucking LLC and was under and subject to the control of RN Trucking LLC at the time of the events which form the basis of this action.

       3.      Defendant RN Trucking LLC is vicariously liable for all damages which may be assessed against Defendant Roger Neal in this matter.

       4.      Defendant RN Trucking LLC is a Company authorized to do business in the State of Missouri. The registered agent for service of process is: Cynthia Neal, 421 Hunt St., Ste. 102, Brookfield, MO 64628.

       5.      Defendant RN Trucking LLC at all times material hereto was a "motor carrier" and "employer" of drivers of "commercial motor vehicles" as these terms are used and defined in the Federal Motor Carrier Safety Regulations and is subject to such rules and regulations as promulgated and codified within 49 CFR Parts 390 et seq.

       6.      The Federal Regulations cited above were at all times material hereto adopted and enforced by the State of Missouri as standards and laws of the State pursuant to Section 390.201 RSMo.

       7.      Venue is proper in this Court pursuant to Section 508.010(4) RSMo which provides that venue shall be in the county were Plaintiffs were first injured in the State of Missouri.

       8.      On or about September 22, 2017, at approximately 12:35 p.m., Defendant Roger Neal was driving a 2007 Freightliner Conventional Truck (the "subject truck") on Interstate 70 Eastbound in Oak Grove, Jackson County, Missouri.

       9.      At all times material hereto, the subject truck was owned by or leased to RN Trucking LLC, and RN Trucking LLC had the right to exclusive possession, control and use of the subject tractor-trailer.

Electronically Filed - Jackson - Kansas City - August 27, 2020 - 05:08 PM

10.     At all times material hereto, the subject tractor-trailer was a "commercial motor vehicle" under 49 C.F.R. Section 390.5, and operated under the motor carrier authority of Defendant RN Trucking LLC At all times material hereto the subject tractor-trailer bore the placard of Defendant RN Trucking LLC and displayed Defendant RN Trucking LLC's name and operating authority numbers DOT 2585820.

11.     At all times material hereto Defendant Roger Neal operated the subject truck with the knowledge, consent and permission of RN Trucking LLC

12.     On or about September 22, 2017 at approximately 12:35 p.m., Plaintiff Elizabeth Greiner was the driver of a white 2014 Chevy Cruze traveling on Interstate 70, Eastbound in Oak Grove, Jackson County, Missouri.

13.     At said time and date, Plaintiff Elizabeth Greiner was the driver of the white 2014 Chevy Cruze that was crashed into from behind.

14.     At said time and date, the subject truck operated by Defendant Roger Neal on Interstate 70 Eastbound failed to allow sufficient distance between vehicles.

15.     At said time and date, the Defendant Roger Neal allowed his vehicle to follow too closely to and crashed into the rear of the vehicle of which Plaintiff Elizabeth Greiner was driving.

16.     As a direct and proximate result of the collision, Plaintiff Elizabeth Greiner sustained physical injuries.

17.     On September 22, 2017, while utilizing the public roadway, Defendant Roger Neal and Defendant RN Trucking LLC owed to Plaintiff, Elizabeth Greiner, a duty to operate and subject truck under their control using the highest degree of care and in a careful, prudent, and lawful manner so as to not to injure, maim or harm Plaintiff Elizabeth Greiner.

Electronically Filed - Jackson - Kansas City - August 27, 2020 - 05:08 PM

18.    Defendant Roger Neal failed to exercise the highest degree of care and was negligent and reckless in the operation of his motor vehicle, and operated, managed, and controlled the same negligently and carelessly in one or more of the following respects, causing his vehicle to crash into Plaintiff's 2014 Chevy Cruze:

    a.   In failing to keep a careful lookout;

    b.   In driving too fast for conditions and circumstances;

    c.   In following too close;

    d.   In failing to stop, swerve, or slow and swerve after he knew, or by use of the highest degree of care could have known, that there was a reasonable likelihood of a collision;

    e.   In failing to keep the subject tractor-trailer under control and allowing it to travel into and strike the vehicle operated by Plaintiff;

    f.   In permitting the subject tractor-trailer to collide with the rear of the 2014 Chevy Cruze; and/ or

    g.   In operating the commercial vehicle in a fatigued and impaired condition.

19.    Defendant RN Trucking LLC was negligent, careless, and reckless in at least the following respects:

    a. In hiring Defendant Roger Neal, an individual who it knew or should have known had inadequate experience, training, knowledge and skill to safely operate and maintain the subject tractor-trailer. In entrusting the subject tractor-trailer to an individual it knew or should have known had inadequate experience, training, knowledge and skill to safely operate the vehicle;

    b.   In entrusting the subject tractor-trailer to an individual who it knew or should

have known had exhibited a pattern of negligence, incompetence and

recklessness in the operation of commercial motor vehicles; and/ or

c.  In failing to adequately train, instruct, and supervise Defendant Roger Neal

concerning the safe operation of the subject tractor-trailer.

20.    Defendant Roger Neal and Defendant RN Trucking LLC were negligent per

se in violating certain Missouri statutes which were enacted for the benefit of Plaintiff and

others traveling on Missouri public roadways, including:

a.  Section 304.012 RSMo which requires motor vehicle operators to exercise

the highest degree of care and to drive the vehicle in a careful and prudent

manner and at a rate of speed so as to not endanger the property, life, or limb

of others;

b.  Section 304.014 RSMo which requires motor vehicle operators to observe and

comply with the rules of the road;

c.  Section 304.017.1, RSMo which requires motor vehicle operators not follow

another vehicle more closely than is reasonably safe and prudent, having due

regard for the speed of such vehicles and the traffic upon and the condition of

the roadway;

d.  Section 304.044.1, RSMo which requires operators of semi-tractors or trailers

to follow no closer than three hundred feet from another vehicle;

e.  49 C.F.R. Part 390 pertaining to the safe operation by a motor carrier, the

training, supervision and duties of motor carriers and their employees, and to

aiding and abetting violations of the rules and regulations;

Electronically Filed - Jackson - Kansas City - August 27, 2020 - 05:08 PM

 f. 49 C.F. R Section 390.3(e)(1), which requires Defendant RN Trucking LLC to be knowledgeable of and comply with all regulations applicable to it and requires it to instruct every driver and employee with regard to all applicable regulations;

 g. 49 C.F.R. Section 391.11 prohibiting a person from driving a commercial motor vehicle unless he/ she is qualified to driver a commercial motor vehicle.

 h. 49 C.F.4. Section 392 which prohibits the operation of a commercial motor vehicle when the operator is too ill or fatigued to driver safely; and/ or

 i. 49 C.F.R part 395 which prohibits a driver from operating a commercial motor vehicle after the driver has reached the maximum hours of service.

21. Plaintiff Elizabeth Greiner was within the class of persons intended to be protected by the Missouri statutes and federal regulations which were alleged to have been violated by Defendants.

22. The injuries sustained by Plaintiff Elizabeth Greiner were the type of injuries that the Missouri statutes and federal regulations were designed to prevent.

23. At the time the Defendant Roger Neal was operating the subject tractor-trailer and caused this collision, he knew, or in the exercise of ordinary care should have known, that his conduct was outrageous and created a high degree of probability of injury to others and thereby showed willful and wanton disregard for the safety of others or was outrageous because of his complete indifference to or conscious disregard for the safety of others, or to the reckless indifference to the rights of others, including Plaintiff Elizabeth Greiner, entitling Plaintiff to an award of

punitive damages.

24.     At the time of the occurrence as alleged herein, Defendant RN Trucking LLC knew or in the exercise of ordinary care should have known that its conduct and that of its employees and agents was outrageous and created a high degree of probability of injury to others and thereby showed willful and wanton disregard for the safety of others or was outrageous because of his complete indifference to or conscious disregard for the safety of others, or to the reckless indifference to the rights of others, including Plaintiffs Elizabeth Greiner, and yet permitted such conduct, thereby entitling Plaintiff to an award of punitive damages.

25.     As a direct and proximate consequence of the acts, omission and conduct of the Defendants as set out herein, Plaintiff, Elizabeth Greiner, sustained physical injuries including but not limited to: chest contusion, pneumothorax, right hand laceration and injury, back, head, garden variety emotional distress and diagnosable emotional distress.

26.     As a direct and proximate consequence of the acts, omission and conduct of the Defendants as set out herein, Plaintiff, Elizabeth Greiner, has been forced to incur medical expenses in the care and treatment of her injuries and in will in the future, incur medical expenses in an amount as yet undetermined.

27.     As a direct and proximate consequent of the acts, omission and conduct of Defendants as set out herein, Plaintiff, Elizabeth Greiner, has experienced pain and suffering and the loss of enjoyment of life and will in the future experience pain and suffering and the loss of enjoyment of life.

WHEREFORE, Plaintiff Elizabeth Greiner respectfully requests judgment against Defendants, jointly and severally, and each of them, acting by and through the other for such

Electronically Filed - Jackson - Kansas City - August 27, 2020 - 05:08 PM

Electronically Filed - Jackson - Kansas City - August 27, 2020 - 05:08 PM

damages that a jury determines to be fair and reasonable, for both actual and punitive damages, together with pre-judgment interest, costs and for such other further relief as the Court deems just and proper.

_/s/ Nathan A. Steimel_

Nathan A, Steimel, #57675
SHEA KOHL LAW, LC
400 North Fifth Street, Suite 200
St. Charles, MO 63301
636/946-9999 FAX 636/946-8623
nsteimel@sheakohllaw.com
*Attorney for Plaintiff*